**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 943 MAL 2014
                                               :
                              Respondent    :
                                               : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court
                    v.                         :
                                               :
                                               :
                                               :
GAVIN JOSEPH CERCO,                   :
                                               :
                              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.